## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL BIHM, ET AL** | **CIVIL DOCKET NO. 6:22-CV-01458** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TECHE VERMILION FRESH WATER DISTRICT, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### JUDGMENT

The above-captioned matter was originally filed in the 27th Judicial District Court, Saint Landry Parish, Louisiana, on February 3, 2022. [Doc. 1-1]. Defendant Teche-Vermillion Fresh Water District ("Teche") subsequently removed the case to this Court asserting the existence of federal question jurisdiction pursuant to 26 U.S.C. § 1331. [Doc. 1].

Plaintiffs filed a MOTION TO REMAND ("the Motion") [Doc. 7] contending that the relief requested is limited to state law negligence claims and does not implicate federal law. The Motion was referred to United States Magistrate Judge Carol B. Whitehurst for a Report and Recommendation, which issued on August 9, 2022. [Doc. 13]. After advising with the parties, the Court sent a letter to the United States Army Corps of Engineers requesting that it consider filing an *amicus curie* brief addressing: (i) "whether this matter raises substantial questions of federal law such as would support federal question jurisdiction;" and (ii) the "practical effects, if any, the outcome of this case may have on the operations of the Corps of Engineers." [Doc. 19].

The United States filed its AMICUS BRIEF on February 10, 2023. [Doc. 21]. After an independent review of the record, including consideration of: (i) the REPORT AND

RECOMMENDATION [Doc. 13]; (ii) the OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [Doc. 14] filed by Teche-Vermilion Fresh Water District; (iii) the RESPONSE TO DEFENDANT'S OBJECTIONS [Doc. 15] filed by Michael Bihm and Jennifer Bihm; and (iv) the position of the United States and the information provided in its AMICUS BRIEF [Doc. 21], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 13] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiffs' MOTION TO REMAND [Doc. 7] is GRANTED IN PART AND DENIED IN PART.  This Motion is GRANTED to the extent it seeks remand to state court, and the matter is hereby remanded to the 27th Judicial District Court, St. Landry Parish, Louisiana. The Motion is DENIED to the extent Plaintiffs seek attorneys' fees for removal.

THUS, DONE AND SIGNED in Chambers on this 13th day of February 2023.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE